IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00136-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RAYMOND L. BRASSFIELD,
     a/k/a JOSE AGUIRRE,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendant and Defendant's attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendant and counsel for the Defendant; that the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 11th day of January, 2008.

                **BY THE COURT:**

                Marcia S. Krieger
                United States District Judge